

E-filing

United States District Court

FILED

2012 OCT -3 P 2: 37

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

San Francisco Courthouse, Courtroom 11 - 19th Floor

450 Golden Gate Avenue

San Francisco, CA 94102-3489

C 12    5075

JSC

Plaintiff:

Sukit Kumvachirapitag

4947 Wrye Branch Rd.

Newton Grove, NC.  28366

V.

Defendants:

**Bill Gates, Steve Jobs, Warren Buffet, Supreme Court of the United States,** Microsoft Corporations,

Apple Corporations, Google Corporations; GE. Corporations and all the Technologies Corporations the Industries; and all the

Banking Systems Sectors in the World: all the World Government's, the World IMF International Monasteries

Founds: All the Federals Reserve Banks, all the States Banks have got the Federals Bailouts Founds and the Founded

The Economy Stimulus Founded: The Nation's Debt of Sixteen Trillions Dollars Plus and the EU. Sixteen Trillions Dollars

Plus, the North America, the European Unions or the EU. The Asia, South East Asia, the Middle East; South America and the

Public banking and all the Privates Banking entities and sectors, the United States Governments, Federals

And the States Governments Et al.

Bill Gates:

# MICROSOFT Corp
333 S Grand Ave Ste 3300, Los Angeles, CA 90071

(213) 806-7300

Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Phone
(800) 285-7772 (United States)
(425) 706-4400 (International)

American Stock Transfer & Trust Company
P.O. Box 2362
New York, NY 10272-2362

Tim Cook, Steve Jobs.

1 Infinite Loop

Cupertino, CA

# North American Corporate Contacts

## United States

Use Express Lane

Apple Enterprise Sales

- 
- **(877) 412-7753**
- 
- Apple Financial Services
- 

  **(800) APPLE-LN (800-277-5356)**

- 
-

- Apple Government sale
-
    **(877) 412-7753**

Warren Baffett

**Corporate Headquarters,**

PLAINTIFF COMPLAIN.

MOTIONS TO SUE THE ENTIRE BAILOUTED OUT BANKS AND THE ENTIRE WORLD ECONOMIC BAILOUTED OUT BANKS

AND THE WORLD FINNACIAL OF ALL

## MOTIONS TO SUE ALL THE FEDERALS TARP FOUNDED ALL BANKS BAILOUTS

## AND THE ECONOMIC STIMULUS BILLS,

## NATIONS DEBTS AND THE GLOBAL DEBTS OF THE SIX HUNDRED TRILLIONS

## DOLLARS PLUS OR $600,000,000,000,000.00 + GLOBAL DEBTS:

## AND BUYS THE HOME OF

CALIFORNIA AT 594 S.

MAPLETON DR. LOS ANGELES, CA. 90024

TO DEPOSITS THE $75,000,000,000.00 BILLIONS DOLLARS ANNUALLY ON THE

AMRICAN EXPRESS PLATIUNMS AND GLOD CARDS ON MY FULL NAMES

ON THE CARDS:

AND ORDERS ALL THE SETTLMENTS, ET. AL.

MOTION TO SUE MY FAMILY TO MOVING OUT TO THE ADDRESS ON THE MOTION IN

CALIFORNIA AT 594 S.

MAPLETON DR. LOS ANGELES, CA. 90024

MOTIONS TO SUE THE SSA -SOCIAL SECURITY ADMINISTRATIONS, STATES, AND FEDERALS, ET. AL.

MOTIONS TO SUES THE FCC, FTC, FEDERAL CONSUMER CREDIT; THE VERIZON WIRELESS: THE

TECHNOLOGIES CORPORATIONS AND THE INDUSTRIES, ET. AL.

MOTIONS TO SUES THE ENTIRE U.S. POSTAL AND THE ENTIRE UPS CORPORATONS, ET. AL.

RESPONED TO THE COURT'S ORDERED OF JULLY 30, 2012 AND AFFIRM THE APPEAL BASED ON THE OPENING

BRIEF SUBMITTED ON JULLY 6, 2012 AND

MOTIONS AND ADENDUM TO SUES AND THE U.S. 1 -FIRST ADMENDMENT OF THE UNITED STATES'S

CONSTITUTIONAL'S AND THE U.S. 410 CODE ENTITRUST LAWS TO SUES THE ENTIRE U.S.  51 STATES

GOVERNMENTS; ET. AL.  THE ENTIRES UNITED STATES:  ET. AL.

MOTIONS TO SUES THE ENTIRE U.S. 51 STATES AND THE FEDERALS, THE UNITED STATES; ET.  AL.

FOR ALL FRAUDS AND ALL THE CORRUPTIONS FOR PAST 14 FOURTEEN YEARS, FROM JUNE, 1998 UNTIL

TODAY AND TOMORROW, ET. AL.

FIRST CASE FILED IN THE WTO:  THAILAND V. UNITED STATES (CASE OF NONE DISCLOSER) AND MOTIONS TO

APPEALS AND SUES THE ENTIRE TECHOLOGIES CORPORATIONS AND THE INDUSTRIES, ET. AL.

MOTIONS TO SUE THE ENTIRE WORLD MARKETS ET. AL., AND THE WORLD ECONOMIC; THE ENTIRE BANKING

SYSTEMS, THE ENTIRE WORLD BANKS AND THE ENTIRE BANKING SYSTEMS, ET AL.  FOR THE PAST 14 YEARS

ET. AL.

Corporations that have involved in stolen and the theft of Intellectuals' properties

Invention technologies, Breach of the contract without any consents, and

Infringements' of Trade secrets: Infringements' of copies rights inventions

Technologies. Totals: 100 + corporations and Over 1000 Patens and more, ET. Al. The

"PORTABLES" laptops With the Web-cam, the Cell-phone with Web-Cam, the Digitals Cameras,

The Auto Mobiles Hybrids with batteries Technologies, the Wind Turbine power grids

Rechargeable Technologies, the Trains Hybrid, the Buses Hybrid, the Air plans with

Hybrid batteries Technologies, the Boat Hybrid Technologies, the Jet Ski Hybrid

Technologies, the Home improvements tools, and Garden Tools with hybrid

Rechargeable Technologies, the Architectures' building with solar rechargeable

Powers Technologies: All the "GREENS TECHNLOGIES "Inventions Corporations and

The Industries, National and Internationals with Global GDP filled to the WTO or The

World Trade Organizations from June, of 1998 until today and the Futures of the

Inventions of the World and Space Explorations or the NASA Mars planetary "Spirits and

Opportunity, Mars Roller "Landed on June, of 2003 until today and the Internationals Space

Stations and the Technologies, Inventions:

I DID NOT GAVE THE PERMISSION OR DID NOT CAVE THE

CONSENT TO SELL OR TO TRADE IN ANY OF THE NATION AND NATIONS OR IN THE WORLD MARKETS  AND

THE ENTIRE WORLD ECONOMIC  ET AL.

SUPREME COURT OF THE UNITED STATES

1 FIRST STREET, NE

WASHINTON, DC. 20543

John G. Roberts, Jr., Chief Justice of the United States,

Stephen G. Breyer, Associate Justice,

SUKIT KUMVACHICHRAPITAG

NO. 12-5020

NO. 10-5109

4947 Wrye Branch Rd.

Newton Grove, NC. 28366

Plaintiff,

Appellant,

Petitioner,

V.

Defendants-Appellees,

BILL GATES; STEVE JOBS; TIM COOK;

WARREN BUFFET; SUPREME COURT OF

THE UNITED STATES; MICROSOFT

CORPORATIONS; APPLE

CORPORATIONS; GOOGLE

CORPORATIONS; GE

CORPORATIONS; ET. AL.,

Defendants-Appellees,

MOTIONS TO SUES THE ENTIRE BAILOUTED OUT BANKS AND THE ENTIRE WORLD ECONOMIC BAILOUTED OUT BANK!

AND THE WORLD FINNACIALS, ET A!

# MOTIONS TO SUE ALL THE FEDERALS TARP FOUNDED ALL BANKS BAILOUTS

## AND THE ECONOMIC STIMULUS BILLS,

## NATIONS DEBTS AND THE GLOBAL DEBTS OF THE SIX HUNDRED TRILLIONS

## DOLLARS PLUS OR $600,000,000,000,000.00 + GLOBAL DEBTS:

## AND BUYS THE HOME OF

CALIFORNIA AT 594 S.

MAPLETON DR.  LOS ANGELES, CA.  90024

TO DEPOSITS THE $75,000,000,000.00 BILLIONS DOLLARS ANNUALLY ON THE

AMRICAN EXPRESS PLATIUNMS AND GLOD CARDS ON MY FULL NAMES

ON THE CARDS:

AND ORDERS ALL THE SETTLMENTS, ET. AL.

MOTION TO SUE MY FAMILY TO MOVING OUT TO THE ADDRESS ON THE MOTION TO

CALIFORNIA AT 594 S.

MAPLETON DR.  LOS ANGELES, CA.  90024

MOTIONS TO SUE THE SSA SOCIAL SECURITY ADMINISTRATIONS, STATES AND FEDERALS, ET A

MOTIONS TO SUES THE FCC, FTC, FEDERAL CONSUMER CREDIT, THE VERIZON WIRELESS, THE

TECHNOLOGIES CORPORATIONS AND THE INDUSTRIES, ET. AL.

MOTIONS TO SUES THE ENTIRE U.S. POSTAL AND THE ENTIRE UPS CORPORATONS, ET AL

RESPONDS TO THE COURT'S ORDERED OF JULLY 30, 2012 AND AFFIRM THE APPEAL BASED ON THE OPINIONS

BRIEF SUBMITTED ON JULLY 6, 2012 AND

MOTIONS AND ADENDUM TO SUES AND THE U.S.1. FIRST ADMENDMENT OF THE UNITED STATES'S

CONSTITUTIONAL'S AND THE U.S. 410 CODE ENTITRUST LAWS TO SUES THE ENTIRE U.S. 51 STATES

GOVERNMENTS, ET. AL., THE ENTIRES UNITED STATES , ET. AL.

PLAINTIFF BRIEF AND PLAINTIFF COMPLAINT

MOTIONS TO SUES THE ENTIRE U.S. 51 STATES AND THE FEDERALS, THE UNITED STATES; ET. AL.

FOR ALL FRAUDS AND ALL THE CORRUPTIONS FOR PAST 14 FOURTEEN YEARS, FROM JUNE, 1998 UNTIL

TODAY AND TOMORROW, ET. AL.

FIRST CASE FILED IN THE WTO: THAILAND V. UNITED STATES (CASE OF NONE DISCLOSER) AND MOTIONS TO

APPEALS AND SUES THE ENTIRE TECHOLOGIES CORPORATIONS AND THE INDUSTRIES, ET. AL.

MOTIONS TO SUE THE ENTIRE WORLD MARKETS ET. AL., AND THE WORLD ECONOMIC; THE ENTIRE BANKING

SYSTEMS, THE ENTIRE WORLD BANKS AND THE ENTIRE BANKING SYSTEMS, ET AL. FOR THE PAST 14 YEARS

ET. AL.

Corporations that have involved in stolen and the theft of Intellectuals' properties

Invention technologies, Breach of the contract without any consents, and

Infringements' of Trade secrets: Infringements' of copies rights inventions

Technologies. Totals: 100 + corporations and Over 1000 Patens and more, ET. Al. The

"PORTABLES" laptops With the Web-cam, the Cell-phone with Web-Cam, the Digitals Cameras,

The Auto Mobiles Hybrids with batteries Technologies, the Wind Turbine power grids

Rechargeable Technologies, the Trains Hybrid, the Buses Hybrid, the Air plans with

Hybrid batteries Technologies, the Boat Hybrid Technologies, the Jet Ski Hybrid

Technologies, the Home improvements tools, and Garden Tools with hybrid

Rechargeable Technologies, the Architectures' building with solar rechargeable

Powers Technologies: All the "GREENS TECHNLOGIES "Inventions Corporations and

The Industries, National and Internationals with Global GDP filled to the WTO or The

World Trade Organizations from June, of 1998 until today and the Futures of the

Inventions of the World and Space Explorations or the NASA Mars planetary "Spirits and

Opportunity, Mars Roller "Landed on June, of 2003 until today and the Internationals Space

Stations and the Technologies, Inventions:

I DID NOT GAVE THE PERMISSION OR DID NOT GAVE THE

CONSENT TO SELL OR TO TRADE IN ANY OF THE NATION AND NATIONS OR IN THE WORLD MARKETS, AND

THE ENTIRE WORLD ECONOMIC ET AL.

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Office of the Clerk

Post office Box 193939

San Francisco, California 94119-3939

SUKIT N. KUMVACHIRAPITAG

No. 12-16466

No. 11-17659

D.C. No. 3:11-cv-04405-JSW

U.S. District Court

For Northern

Plaintiff-

Appellant,

California, San Francisco

Petitioner:

V.

Defendants-Appellees,

BILL GATES; STEVE JOBS; TIM COOK;

WARREN BUFFET; SUPREME COURT OF

THE UNITED STATES; MICROSOFT

CORPORATIONS; APPLE

CORPORATIONS; GOOGLE

CORPORATIONS; GE

CORPORATIONS; ET. AL.,

**Defendants-Appellees,**

MOTION TO SUE MY FAMILY TO MOVING OUT TO THE ADDRESS ON THE MOTION IN

## CALIFORNIA AT 594 S.

## MAPLETON DR.  LOS ANGELES, CA.  90024

MOTIONS TO SUE THE SSA -SOCIAL SECURITY ADMINISTRATIONS, STATES, AND FEDERALS, ET. AL.

MOTIONS TO SUES THE FCC, FTC, FEDERAL CONSUMER CREDIT; THE VERIZON WIRELESS: THE

TECHNOLOGIES CORPORATIONS AND THE INDUSTRIES, ET. AL.

MOTIONS TO SUES THE ENTIRE U.S. POSTAL AND THE ENTIRE UPS CORPORATONS, ET. AL.

RESPONED TO THE COURT'S ORDERED OF JULLY 30, 2012 AND AFFIRM THE APPEAL BASED ON THE OPENING

BRIEF SUBMITTED ON JULLY 6, 2012 AND

MOTIONS AND ADENDUM TO SUES AND THE U.S. 1 -FIRST ADMENDMENT OF THE UNITED STATES'S

CONSTITUTIONAL'S AND THE U.S. 410 CODE ENTITRUST LAWS TO SUES THE ENTIRE U.S.  51 STATES

GOVERNMENTS; ET. AL.  THE ENTIRES UNITED STATES:  ET. AL.

PLAINTIFF BRIEF AND PLAINTIFF COMPLAINT

MOTIONS TO SUES THE ENTIRE U.S. 51 STATES AND THE FEDERALS, THE UNITED STATES; ET. AL.

FOR ALL FRAUDS AND ALL THE CORRUPTIONS FOR PAST 14 FOURTEEN YEARS, FROM JUNE, 1998 UNTIL

TODAY AND TOMORROW, ET. AL.

FIRST CASE FILED IN THE WTO: THAILAND V. UNITED STATES (CASE OF NONE DISCLOSER) AND MOTIONS TO

APPEALS AND SUES THE ENTIRE TECHOLOGIES CORPORATIONS AND THE INDUSTRIES, ET. AL.

MOTIONS TO SUE THE ENTIRE WORLD MARKETS ET. AL., AND THE WORLD ECONOMIC; THE ENTIRE BANKING

SYSTEMS, THE ENTIRE WORLD BANKS AND THE ENTIRE BANKING SYSTEMS, ET AL. FOR THE PAST 14 YEARS

ET. AL.

Corporations that have involved in stolen and the theft of Intellectuals' properties

Invention technologies, Breach of the contract without any consents, and

Infringements' of Trade secrets: Infringements' of copies rights inventions

Technologies. Totals: 100 + corporations and Over 1000 Patens and more, ET. Al. The

"PORTABLES" laptops With the Web-cam, the Cell-phone with Web-Cam, the Digitals Cameras,

The Auto Mobiles Hybrids with batteries Technologies, the Wind Turbine power grids

Rechargeable Technologies, the Trains Hybrid, the Buses Hybrid, the Air plans with

Hybrid batteries Technologies, the Boat Hybrid Technologies, the Jet Ski Hybrid

Technologies, the Home improvements tools, and Garden Tools with hybrid

Rechargeable Technologies, the Architectures' building with solar rechargeable

Powers Technologies: All the "GREENS TECHNLOGIES "Inventions Corporations and

The Industries, National and Internationals with Global GDP filled to the WTO or The

World Trade Organizations from June, of 1998 until today and the Futures of the

Inventions of the World and Space Explorations or the NASA Mars planetary "Spirits and

Opportunity, Mars Roller "Landed on June, of 2003 until today and the Internationals Space

Stations and the Technologies, Inventions:

I DID NOT GAVE THE PERMISSION OR DID NOT GAVE THE

CONSENT TO SELL OR TO TRADE IN ANY OF THE NATION AND NATIONS OF IN THE WORLD MARKETS, AND

THE ENTIRE WORLD ECONOMIC, ET. AL.

# SUPREME COURT OF THE UNITED STATES

## 1 FIRST STREET, NE

## WASHINTON, DC. 20543

John G. Roberts, Jr., Chief Justice of the United States,

Stephen G. Breyer, Associate Justice,

SUKIT KUMVACHICHRAPITAG                                  NO. 12-5020

NO. 10-5109

4947 Wrye Branch Rd.

Newton Grove, NC. 28366

Plaintiff,

Appellant,

Petitioner,

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Office of the Clerk

Post office Box 193939

San Francisco, California 94119-3939

SUKIT N. KUMVACHIRAPITAG

No. 11-17659

D.C. No. 3:11-cv-04405-JSW

U.S. District Court for Northern

Plaintiff-Appellant,

California, San Francisco

Petitioner:

V.

Defendants-Appellees,

BILL GATES; STEVE JOBS; TIM COOK;

WARREN BUFFET; SUPREME COURT OF

THE UNITED STATES; MICROSOFT

CORPORATIONS; APPLE

CORPORATIONS; GOOGLE

CORPORATIONS; GE

CORPORATIONS; ET. AL.,

Defendants-Appellees,

NOTICES AND ADENDUM TO SUITS ALL PARTIES ENTER THE PROPERTIES

WITHOUT ANY PERMISSION AND CONSENTED ON THE PROPERTIES OF THE

ADDRESS ON.

CALIFORNIA AT 594 S.

MAPLETON DR.  LOS ANGELES, CA.  90024 AND TO:

MOTION AND ADENDUM TO SUES THE ADMINISTRATIVE OFFICE O0

U.S.COURTS PACER SERVICE CENTER

P.O. BOX 780549

SAN ANTONIO, TEXAS 78278-0549:


AND THE PACER SERVICE CENTER

P.O. BOX 71364 Philadelphia, PA. 19176-1364


FOR ALL FRAUDS AND ALL MISLEADING THE PUBALICS NATIONAL AND ALL

NATIONS INTERNATIONALS THE WORLD ECONOMIC:

MOTIONS AND ADENDUM TO SUES SOUTHWEST CREDIT


4120 INTERNATONAL PKWY, SUITE 1100

CARROLLTON, TX. 75007-1958


AND ALL THE TECHNOLOGIES CORPORATIONS AND THE INDUSTRIES AT&T AND

ALL THE CELL PHONES CORPORATIONS AND THE INDUSTRIES TECHNOLOGIES,

ET. AL.


THE MOTIONS AND THE PETITIONS FOR HEARING ON ALL THE COURT'S

ORDERED

THE 40TH NOTICES OF CHANGES OF THE ADDRESSES FORM

TO THE ORDERS ALL THE MOTIONS, AND TO THE NEW ADDRESSES ON THE MOTIONS OF

MOTIONS TO SUE ALL THE FEDERALS TARP FOUNDED ALL BANKS BAILOUTS

AND THE ECONOMIC STIMULUS BILLS,

NATIONS DEBTS AND THE GLOBAL DEBTS OF THE SIX HUNDRED TRILLIONS

DOLLARS PLUS OR $600,000,000,000,000.00 + GLOBAL DEBTS:

AND BUYS THE HOME OF

CALIFORNIA AT 594 S.

MAPLETON DR. LOS ANGELES, CA. 90024

TO DEPOSITS THE $75,000,000,000.00 BILLIONS DOLLARS ANNUALLY ON THE

AMRICAN EXPRESS PLATIUNMS AND GLOD CARDS ON MY FULL NAMES

ON THE CARDS:

AND ORDERS ALL THE SETTLMENTS, ET. AL.

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Office of the Clerk

Post office Box 193939

San Francisco, California 94119-3939

SUKIT N. KUMVACHIRAPITAG

No. 11-17659

D.C. No. 3:11-cv-04405-JSW

U.S. District Court for Northern

Plaintiff-Appellant,

California, San Francisco

Petitioner:

V.

Plaintiff,

Appellant,

Petitioner,

v.

BILL GATES, STEVE BALLMAR, ET. AL.

333 S GRAND Ave. Ste 3300, Los Angeles, CA. 90071

Microsoft Corporations

One Microsoft Way

Redmond, Washington 98052-6399

Defendants,

REQUESTING THE COURT'S SO ORDERED AND THE CONFIRMATIONS OF ALL THE

COURT'S SO ORDERED ON ALL

THE MOTIONS ON THE PAPERS DOCUMENTS TO BE MAILS TO MY ADDRESS ON

4947 WRYE BRANCH RD.

NEWTON GROVE, NC.  28366

BEFORE SENDING TO THE ADDRESS OF

CALIFORNIA AT 594 S.

MAPLETON DR.  LOS ANGELES, C A.  90024

AND AFTER:

AMEND THE MOTIONS TO SUES THE ENTIER FEDERALS SOCIAL SECURITY

ADMINISTRATIONS,  ET. AL.

AND TO ORDERS THE CARDS AMERICAN EXPRESS, PLATNIUM CARDS AND

AMERICAN EXPRESS GOLD CARDS IN MY FULL NAMES

AND AMEND THE MOTIONS TO SUES THE ENTIER FEDERLS SOCIAL SECURITIES

ADMINISTRATIONS,  ET. AL.

AMEND THE MOTIONS AN ADENDUM TO SUES THE ENTIRE GLOBAL AMRICAN

EXPRESS CORPORATIONS AND

THE ENTIRE GLOBAL BANKS AND ENTIRE CARDS PRODUCTS, AND THE ENTIRE

GLOBAL BANKS ACCOUNTS; THE ENTIRE CARDS PRODUCTS, ET. AL.

AND MOTIONS TO SUES THE

ENTIRE GLOBAL VISA CARDS CORPORATIONS AND MASTER CARDS

CORPORATIONS AND THE

ENTIRE GLOBAL BANKS THE CARDS PRODUCTS, ET. AL.

AND TO ORDERS THE CARDS AMERICAN EXPRESS, PLATNIUM CARDS AND GOLD

CARDS IN MY FULL NAMES

AMEND THE MOTIONS AND AN ADDENDUM TO SUES THE ENTIRE FEDERALS

CENTRIAL BANKS AND ALL

CHAIRMAN OF ALL THE UNITED STATES CENTRIALS BANKS AND TO

FIRE MR. BEN BERNANKE,

AND THE ENTIRE CHAIRMAN OF THE UNITED STATES CENTRIAL BANKS, ET. AL.

AND TO FIRE ALL THE

FEDERALS TREASURY: MR. TIMOTHY GEITHNER AND THE ENTIRE U.S.

TREASURY DEPARTMENTS; TO

SUE THE ENTIRE IRS, ET. AL.

MOTIONS AND AN ADDENDUM TO SUES THE DEFENCES DEPERTMENTS AND THE

FEDERALS BUDGETS,

TO

CUTS THE DEFENCES SPENDING BY $1 TRILLION DOLLARS OR

$1,000,000,000,000.00

ONE TRILLION DOLLARS BUDGETS SPENDING CUTS ON THE FEDERAL'S

AND THE ALL STATES BUDGETS SEPENDING REDUCTIONS,

AND AMEND THE ORDERS ALL THE BANKS TO PAYING BACK FOR ALL THE

SETTLEMENTS

INSTALLMENTS ANNAULLY, ET. AL.  AND MOTION FOR I TO PROCEEDING AND

MOVING OR

RELOCATIONS ON THE NEW HOMES ADDRESSES; AND TO TRAVELS ANY WHERE

IN THE WORLD OR AROUND TO THE WORLD; TO GETTING MARRY AND HAVING

MY OWN FAMILLY :

MOTIONS TO SUES AMERICAN MEDICAL COLLECTION AGENCY OR AGENCIES AND THEIR CLIENTS LABORATORY

CORPORATION OF AMERICA, ET. al.

THE 40th TIMES TO AMENDMENT OF G

NOTICES OF CHANGES OF THE ADDRESSES FORS

4942 WRYE BRANCH RD.

NETON GROVE, NC. 28366

TO THE ORDERS ALL THE MOTIONS, AND TO THE NEW ADDRESSES ON THE MOTIONS OF

## CALIFORNIA AT 594 S.

## MAPLETON DR.  LOS ANGELES, CA.  90024 AND TO :

MOTION TO SUES ALL THE STATES, FEDERALS AND THE LOCALS GOVERNMENTS, ET. AL.,

MOTION TO SUE THE UNITED STATES ET. AL.

AND ORDER FOR SETTLEMENTS INSTALLMENTS ANNUALLY,

TO SUE

THE ENTIRE BANKING SYSTEMS IN THE WORLD IN THSES SETTELMENTS INSTALLMENTS ANNULLY:

MOTIONS TO APPEALS TO THE WTO THE (WORLD TRADE ORGANIZATIONS AND TO SUES TO THE WORLD COURT AND

THE WORLD IFM INTERNATIONALS MONESTERY FOUNDS AND THE ENTIRE WORLD BANKS, ET. AL.

ON 2012 TO THIS SETTLEMENT IN STALLMENTS ANNUALLY :

I declaring under the WTO the World Trades Organizations Laws and the Futures of

The World's and the Space Technologies "CHINA "are owed the Global Debts of

Three Septillions Dollars of the Five Septillions Dollars Plus or

$3,000,000,000,000,000,000,000,000.00 Three Septillions Dollars of The

$5,000,000,000,000,000,000,000,000.00 Five Septillions Dollars plus: and "THAILAND "

Owed Nation Debts of One Septillions Dollars Plus or

$1,000,000,000,000,000,000,000,000.00 Septillion Dollars Plus and the United States

Owed the Nation Debts of One Septillion Dollars Plus or

$1,000,000,000,000,000,000,000,000.00 One Septillion Dollars Plus of the Global Debts of

The Five Septillions Dollars Plus or $5,000,000,000,000,000,000,000,000.00 Five Septillions

Dollars plus in the Futures Debts and the Deficits Globally:  Of the Stolen and the Thief

And the Infringements of the Trades Secrets and the Infringements of the Intellectuals

Properties Inventions of the World and the Space Technologies: Of the Violations of the

WTO the World Trades Organizations and the Internationals Trades Laws: And the WORLD COURT:

# AMEND THE MOTION TO SUES AND THE ORDERS FOR HEARING ON THE

## SETTLEMENTS

## INSTALLMENTS ANNUALLY

## ON THE CASE :

MOTION TO ARBITRATIONS [30% TAX] OF $75,000,000,000.00 BILLION

DOLLARS ANNUALLY: OR 30% OF $75,000,000,000.00 BILLION DOLLARS

ANNUALLY: $75,000,000,000.00 X .30 = $22,500,000,000.00 BILLION DOLLARS

ANNUALLY: (TAXES FROM THE BANKS

AND $52,500,000,000.00 BILLION DOLLARS ANNUALLY, TO BE DEPOSITS IN ALL MY

BANKING ACCOUNTS ANNUALLY:


AND AMEND SO ORDER, ET. AL.


MOTIONS TO SUES ALL THE FEDERALS, U.S. TREASURY DEPARTMENTS AND THE

REVENUES, THE U.S. COMMERCE DEPARTMENTS AND THE REVENUES; THE

STATES REVENUES, THE INTERNAL REVENUES SERVIECE THE DEPARTMENTS OF

THE TREASURY, THE SOCIAL SECURITY DEPARTMENTS AND THE FEDERAL

TREASURY; THE ENTIRE FEDERAL

RESEVES BANKS, AND THE FCC, FTC, THE ENTIRE U.S. TREASURY DEPT: AND U.S.

COMMERCE DEPT. THE ENTIRE FEDERALS CENTRAL BANKS; NATIONAL ON THE

NATIONS DEBTS AND THE DEFICITS OF SIXTEEN TRILLION DOLLARS PLUS OR

$16,000,000,000,000.00 DOLLARS PLUS: AND ALL GLOBAL DEBTS AND THE

DEFICITS NATIONS INTERNATIONALS BANKING, THE WORLD IMF

INTERNATIONALS MONETARY FUNDS IN ALL NATIONS AND IN THE WORLD:

THE ENTIRE WORLD BANKS, THE PUBALICS BANKING; NATIONALS BANKS,

PRIVATES BANKS: NATIONS AND GLOBAL BANKING SECTORS AND ANTITIES

BANKING SYSTEMS IN THE WORLD, ET. AL.  AND TO SUES ALL NATIONS TO THE

WTO OR THE WORLD TRADE ORGANIZATIONS SYSTEMS AND THE TREATIES :

MOTIONS TO ARBITRATIONS AND TO SETTLEMENTS INSTALLMENTS

ANNUALLY, FROM ALL THE BANKING SYSTEMS IN THE WORLD INTO ALL THESE

BANKING AND TO BE

IN MY FULL NAME AND THE BANKING ACCOUNTS AND ALL THE FOUNDS TO BE

IN MY

FULL NAME AND LAST NAME TO ALL THESE BANKS;

#1 WELLS FARGO BANKS, NATIONAL ACCOUNTS:

#2 BANKS OF AMERICA, NATIONAL AND INTERNATIONALS  ACCOUNTS:

#3 CITI BANKS, NATIONALS AND INTERNATIONALS BANKS  ACCOUNTS:

#4 UBS AG BANKS, NATIONALS AND INTERNATIONALS BANKS ACCOUNTS: