United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKIT KUMVACHIRAPITAG,<br><br>    Plaintiff,<br><br>    v.<br><br>BILL GATES, et al.,<br><br>    Defendants. | Case No.: 12-5075 JSC<br><br>**ORDER RE: CASE MANAGEMENT STATEMENT (Dkt. No. 14)** |

The Court is in receipt of Plaintiff's October 29, 2012 case management statement. (Dkt. No. 14.) This case was dismissed, with leave to amend, on October 25, 2012. (Dkt. No. 12.) If Plaintiff wishes to file an amended complaint, he shall do so on or before November 9, 2012.

**IT IS SO ORDERED.**

Dated:   November 1, 2102

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE