United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKIT KUMVACHIRAPITAG,<br><br>    Plaintiff,<br><br>  v.<br><br>BILL GATES, et al.,<br><br>    Defendants. | Case No.: 12-cv-5075 JSC<br>**NOTICE TO PLAINTIFF** |

On November 15, 2012, the Court entered final judgment against Plaintiff and this case was closed. (*See* Dkt. No. 24.) If Plaintiff wishes to pursue this action, he may now file an appeal with the Ninth Circuit Court of Appeals. Any motions filed to this Court, however, are improper and will not be considered.

Dated: November 28, 2012

                                                    _____
                                                  JACQUELINE SCOTT CORLEY
                                                  UNITED STATES MAGISTRATE JUDGE